```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022
```

# NICHOLAS DAYAN
**Attorney at Law**

2699 Coney Island
Tel: (71

**By ECF:**

April 21, 2022

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

    Re:    United States v. Ja[...]
           Case No. 22-cr-174-VM
           <u>Request for Modification of Bail Conditions</u>

Dear Judge Marrero:

    With reference to the subject, I am counsel for Jameik Evans. At the initial presentment, by April 8, 2022, the Defendant was required, *inter alia*, to complete the interviews and submit bail paperwork for the three (3) potential sureties.

    Your Honor, at this stage the defendant, Jameik Evans is under daily Curfew to 11:00 p.m. I am kindly requesting an additional ten (10) days in order to complete the surety issues with regards to Jameik Evans' bail. The Government does not oppose this request for an extension of time.

    Thank you Your Honor.

                            Very truly yours,

                            /s/ *Nicholas Dayan*
                            Nicholas Dayan, Esq.
                            Attorney at Law
                            Nicholasdayan@lawdayan.com

cc.    AUSA Ashley Nicolas (By ECF)

---

**Request GRANTED.**

The ten-day extension is granted.

**SO ORDERED.**

4/22/2022
DATE — VICTOR MARRERO, U.S.D.J.