# NICHOLAS DAYAN
**Attorney at Law**

2699 Coney Island A
Tel: (718) 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022

**By ECF:**

July 28, 2022

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

The request is denied.

**SO ORDERED.**
8/15/2022
DATE    VICTOR MARRERO, U.S.D.J.

Re:   United States v. Jameik Evans, et.
      Case No. 22-cr-174-VM
      Request for Extension of Curfew

Dear Judge Marrero:

I am Counsel for Jamiek Evans.

Your Honor, the defendant, Jamiek Evans is currently under supervised release and electronic monitoring and a 9:00 pm curfew. Mr. Evans has been compliant, with pre-trial services throughout the pendency of this case.

With consent of pre-trial services Mr. Evans through his counsel is requesting that his curfew be extended on August 15th, 2022, to appear at a business event. The event consists of Mr. Evans sponsorship from a record label, that requires Mr. Evans appearance.

The location of such event will be held at 23-66 Steinway Street, Queens, NY 11105. Mr. Evans is humbly requesting that his curfew be extended from 9:00 pm – 4:00 am on that day.

Mr. Evans, is in jeopardy of losing this once in a lifetime business opportunity if he does not attend this specific event. The record label interested in Mr. Evan's is losing interest because of Mr. Evans inability to appear at any of their events.

The purpose of this event, is strictly business for Mr. Evans, and he is humbly asking for this Honorable Court to grant such modification.

Thank you, Your Honor, for your consideration.

Very truly yours,

/s/ *Nicholas Dayan*
Nicholas Dayan, Esq.
Attorney at Law

Nicholasdayan@lawdayan.com

cc.   AUSA Ashley Nicolas (By ECF)