

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2022

December 30, 2022

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Jameik Evans**
Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

My client, Jameik Evans is presently restricted to a curfew of 9pm to 8am, as well as location monitoring, as part of his bail requirements. Since he was arrested in March of 2022, and subject to this condition, he has complied fully.   In light of the New Year's holiday, Mr. Evans respectfully requests that his curfew be extended on December 31, 2022 to 3am on January 1, 2023, so he can celebrate the New Year with his mother in the Bronx.  Should permission be granted, Mr. Evans will supply his exact location to Pre-Trial Services.

I have reached out to the government for their position on this request but have not heard back.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP



Request GRANTED. Defendant's above request to modify his bail conditions to extend his curfew on December 31, 2022 to celebrate the New Year with his mother, on a timetable submitted to and approved by Pretrial Services, is hereby granted.

SO ORDERED.

12/30/2022
DATE

VICTOR MARRERO, U.S.D.J.