

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023

January 18, 2023

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: <b>United States v. Jameik Evans</b><br>Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

My client, Jameik Evans is presently restricted to a curfew of 9pm to 8am, as well as location monitoring, as part of his bail requirements. Since he was arrested in March of 2022, and subject to this condition, he has complied fully. Mr. Evans respectfully requests that his curfew be extended on Friday, January 20, 2023 until midnight, so he can celebrate his girlfriend's birthday at the movies. Should permission be granted, Mr. Evans will supply his exact location to Pre-Trial Services (PTS).

I have reached out to the government for their position on this request and they defer to PTS.

Thank you for your consideration.

Very Truly Yours,



Request GRANTED. Defendant's request to modify his bail conditions to extend his curfew on January 20, 2023 until midnight on the terms and conditions specified upon approval by Pre-Trial Services is hereby granted.

SO ORDERED.

1/19/2023
DATE                    VICTOR MARRERO, U.S.D.J.