

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2023

February 8, 2023

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Jameik Evans**
Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

My client, Jameik Evans is presently restricted to a curfew of 9pm to 8am, as well as location monitoring, as part of his bail requirements. Since he was arrested in March of 2022, and subject to this condition, he has complied fully. Mr. Evans respectfully requests that his curfew be extended on February 14 to 1am on February 15, so he can celebrate Valentine's Day with his girlfriend in Manhattan. Should permission be granted, Mr. Evans will supply his exact location to Pre-Trial Services.

I have reached out to the government and PTS for their position on this request and they defer to each other.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP



Request **GRANTED.** Defendant's curfew on February 14, 2023 is hereby extended to 1:00 a.m. on February 15, 2023 for the purpose and on the terms specified as approved by Pretrial Services.

**SO ORDERED.**

2/9/2023
DATE

VICTOR MARRERO, U.S.D.J.