

March 28, 2023

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Jameik Evans**
Ind. # 22 Cr. 174 (VM)

**Memorandum Seeking a Deferred Prosecution for Brandon Boyle**

Dear Judge Marrero:

    My client, Jameik Evans is presently restricted to a curfew of 9pm to 8am, as well as location monitoring, as part of his bail requirements. Since he was arrested in March of 2022, and subject to this condition, he has complied fully.  Mr. Evans respectfully requests that his curfew be suspended (for one night) so that he can celebrate his birthday on April 8, 2023, and sleep at this mother's home in the Bronx that night.  If permission is granted, Mr. Evans will supply his exact location to Pre-Trial Services.

    I have reached out to the government and PTS for their position on this request but have not heard back.  In the past, they have deferred to each other on requests like these

    Thank you for your consideration.

Very Truly Yours,



Request GRANTED. Defendant's bail conditions are hereby modified to authorize a one-night suspension of curfew on April 8, 2023 for the purpose and on the terms specified above.

SO ORDERED.
3/30/2023
DATE                    VICTOR MARRERO, U.S.D.J.