

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

May 10, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2023
```

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Jameik Evans**
Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

My client, Jameik Evans is presently restricted to a curfew of 9pm to 8am, as well as location monitoring, as part of his bail requirements. Since he was arrested in March of 2022, and subject to this condition, he has complied fully. Mr. Evans has recently secured employment as a home health aide with Advance Home Care Services, Inc. As part of his employment, he will have the option to work night hour from 6-11pm. I therefore respectfully request that for the purposes of employment, Mr. Evans' curfew is modified from midnight to 8am.

I have reached out to the government and PTS for their position. PTS has no objection as long as Mr. Evans is working during those hours. The government defers to PTS.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Evans

By: Steven Brill

Request GRANTED. Mr. Evans's curfew shall be modified to be midnight (12 a.m.) to 8 a.m. for the purposes of employment.

SO ORDERED.
05/11/2023
DATE          VICTOR MARRERO, U.S.D.J.