



May 28, 2023

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Jameik Evans**
Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

    My client, Jameik Evans is presently restricted to a curfew, as well as location monitoring, as part of his bail requirements. Since he was arrested in March of 2022, and subject to this condition, he has complied fully. I am respectfully requesting that Mr. Evans be permitted to spend the night and sleep over at his mother's house from Saturday, June 3 – Sunday, June 4.

    I have reached out to the government and PTS for their position. PTS has no objection as long as Mr. Evans keeps to his curfew. The government defers to PTS.

    Thank you for your consideration.

    Very Truly Yours,

    SULLIVAN|BRILL, LLP
    Attorneys for Mr. Evans

    By: Steven Brill