

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023
```

**Request GRANTED.** The Court hereby grants Defendant's request for modification of bail conditions to remove the conditions of curfew and ankle bracelet with electronic monitoring.

**SO ORDERED.**

6/5/2023
DATE                    VICTOR MARRERO, U.S.D.J.

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: **United States v. Jameik Evans**
          Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

    As part of his bail conditions, my client, Jameik Evans, is presently restricted to a curfew as well as an ankle bracelet with GPS location monitoring. Since he was arrested in March of 2022, and subject to these conditions, he has complied fully. Equally as important, I understand that Mr. Evans has recently secured gainful full-time employment. Given these positive developments, I am respectfully requesting that Your Honor remove the curfew and ankle bracelet with GPS location monitoring conditions.

    I have spoken to Mr. Evans' PTS officer, and he does not object. I have also reached out to AUSA Nicholas, and she defers to PTS.

    Thank you for your consideration.

                          Very Truly Yours,

                          SULLIVAN|BRILL, LLP
                          Attorneys for Mr. Evans

                          By: Steven Brill