```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2024
```



110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

April 23, 2024

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Defendant and Pretrial Services are directed to clarify the purpose, as well as the terms and conditions, of Defendant's trip to Houston.
>
> **SO ORDERED.**
> 24 April 2024
> DATE    VICTOR MARRERO, U.S.D.J.

Re: **United States v. Jameik Evans**
Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

    I respectfully request that the Court modify Mr. Evans' bail to permit him to travel to Houston from Friday, April 26, to Monday, April 29. Pre Trial Services has no objection, and the government defers to Pre Trial Services.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Evans

By: Steven Brill