

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/24

April 25, 2024

Request **GRANTED.** The Court hereby modifies the terms of Defendant's bail to permit him to travel to Houston, Texas from Friday, April 26, 2024, to Monday, April 29, 2024, consistent with the terms and conditions specified by Pretrial Services.

SO ORDERED.

26 April 2024
DATE

*[signature]* VICTOR MARRERO, U.S.D.J.

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Jameik Evans**
Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

    Please accept this letter in response to the Court's inquiry regarding Mr. Evans' request for travel to Houston this weekend. I am told that the reason for the trip is for Mr. Evans to visit family before he is sentenced. He tells me he has a cousin and an aunt that resides there. As for the terms and conditions required by PTS, I was told by Mr. Evans' PTS officer that will require that "prior to his departure [Evans] must provide his flight information/itinerary, and where he will be staying (address if with family) or copy of the hotel confirmation if staying at a hotel."

    Mr. Evans will fully comply with the requests by PTS.

    Thank you for your consideration.

                      Very Truly Yours,

                      SULLIVAN|BRILL, LLP
                      Attorneys for Mr. Evans

                      *[signature]*

                      By: Steven Brill