**SULLIVAN | BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2024

August 30, 2024

Request **GRANTED**.
Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by 2:00 p.m. on October 17, 2024.

SO ORDERED.

30 August 2024
DATE

VICTOR MARRERO, U.S.D.J.

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: United States v. Jameik Evans**
Ind. # 22 Cr. 174 (VM)

Dear Judge Marrero:

    Mr. Evans is scheduled to surrender to the BOP on September 26, 2024. I am told that his mother is relocating from her home on September 24 and he would like to make sure she is settled in before he begins his prison term. I am therefore respectfully asking that his surrender date be extended to October 17, 2024.

    The government has no objection.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Evans

_____
By: Steven Brill